IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § |
| Plaintiff, | § |
| v. | §  Case No.: 3:20-cv-03676-B |
| TH WEALTH MANAGEMENT, LLC. AND BRIAN KEAT HOBBS, | § |
| Defendants. | § |

## STIPULATION TO DIMISS TH WEALTH MANAGEMENT, LLC

WHEREAS, Plaintiff Securities and Exchange Commission has filed a complaint against Defendants TH Wealth Management, LLC ("TH Wealth") and Brian Keat Hobbs (Dkt. No. 1) and both defendants have answered (Dkt. No. 9) (collectively, "the Parties").

WHEREAS, TH Wealth ceased doing business and is no longer registered with the State of Texas as an investment adviser.

In light of these developments, the Parties hereby stipulate and agree that Defendant TH Wealth be dismissed from this action, without a court order, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SO STIPULATED

Dated:  September 11, 2023       */s/ Donald W. Searles*
                                  Donald W. Searles
                                  Attorney for Plaintiff
                                  Securities and Exchange Commission

Dated:  September 13, 2023       */s/ J. Stephen Hunnicutt*
                                  J. Stephen Hunnicutt
                                  Attorney for Defendants
                                  TH Wealth Management, LLC and Brian Keat Hobbs

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On September 14, 2023, I caused to be served the document entitled **STIPULATION TO DIMISS TH WEALTH MANAGEMENT, LLC** on all the parties to this action addressed as stated on the attached service list:

☐  **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐  **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐  **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐  **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐  **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐  **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒  **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐  **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  September 14, 2023            */s/ Donald W. Searles*
                                     Donald W. Searles

<u>*SEC v. TH Wealth Management, LLC, et al.*</u>
**United States District Court – Northern District of Texas**
**Case No. 3:20-cv-03676-B**

SERVICE LIST

J. Stephen Hunnicutt, Esq.
Timothy A. Robinson, Esq.
17330 Preston Road, Suite 100-A
Dallas, TX 75252
Email:  steve@hunnicuttlaw.com
Email:  tim@hunnicuttlaw.com
***Attorneys for Defendants TH Wealth Wealth Management, LLC, and Brian Keat Hobbs***